approves of the finding of fact that the defendant had knowledge of the quarrelsome disposition of its employé; the court finding that no exemplary damages are warranted by the evidence.

WOODWARD, J., votes for affirmance.

CAPP, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Sophia Capp against Meyer Jackson. No opinion. Order affirmed, with $10 costs and disbursements.

CARDOS v. EDWARDS. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Henry Cardos against Wm. H. Edwards, as commissioner. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 152 App. Div. 945, 137 N. Y. Supp. 1114; 146 N. Y. Supp. 1086.

CARDOS, Respondent, v. EDWARDS, Commissioner, Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Appeal from Special Term, New York County. Application by Henry Cardos against William H. Edwards, as Commissioner. From a final order directing the issuance of a preemptory writ of mandamus, and from an order denying a motion for a new trial, defendant appeals. Orders reversed. See, also, 146 N. Y. Supp. 1086. Charles J. Nehrbas, of New York City, for appellant. William E. Murphy, of New York City, for respondent.

PER CURIAM. The verdict of the jury was clearly against the weight of evidence, and the order entered on the 26th day of May, 1913, denying the motion to set aside the verdict of the jury in answer to the questions submitted to them, is reversed, the motion granted, and a new trial ordered. The final order granting the mandamus, entered on the 22d day of May, 1913, falls with the order setting aside the verdict, and that is also reversed, with costs to the defendant.

CARPENTER, Appellant, v. CARPENTER, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Marianne Carpenter against William H. Carpenter. No opinion. Judgment unanimously affirmed, with costs.

CASE, Respondent, v. WALTER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Appeal from Special Term, New York County. Action by Frank M. Case, Jr., against Eugene Walter and others. From an order on a motion for examination before trial, defendants appeal. Modified and affirmed. See, also, 143 N. Y. Supp. 1110. Nathan Burkan, of New York City, for appellants. David Gerber, of New York City, for respondent.

PER CURIAM. Order modified, by striking out from the order the clause which allows an examination in relation to the counterclaim referred to in the tenth and eleventh paragraphs of the amended answer, and, as so modified, affirmed, without costs.

CASTELLI, Respondent, v. BURNS, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Domenico Castelli against Alexander S. Burns, impleaded. G. E. Blackwell, of New York City, for appellant. L. O. Van Doren, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 937, 141 N. Y. Supp. 1112; 158 App. Div. 913, 143 N. Y. Supp. 755.

CHALMERS v. MURPHY et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Harry B. Chalmers against Franklin Murphy and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 159 App. Div. 810, 144 N. Y. Supp. 825.

In re CHALONER. In re MILLER. (Supreme Court, Appellate Division, First Department. March 13, 1914.) In the matter of John A. Chaloner. In the matter of Hugh G. Miller. H. G. Miller, of New York City, pro se. J. H. Choate, Jr., of New York City, for John A. Chaloner. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHISHOLM, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Anthony Chisholm against the T. A. Gillespie Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re CITY OF NEW YORK. In re UNNAMED STREET. (Supreme Court, Appellate Division, First Department. March 20, 1914.) In the matter of the City of New York. In the matter of an Unnamed Street. No opinion. Order affirmed, with costs and disbursements. Order filed.

CLARKE v. MARSHALL et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by John T. Clarke against James G. Marshall and others.

PER CURIAM. Order affirmed, without costs.

BURR, J., dissents, on the authority of Leach v. Haight, 4 App. Div. 613, 38 N. Y. Supp. 886.

CLASS JOURNAL CO. v. VALVELESS INNER TUBE CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by the Class Journal Company against the Valveless Inner Tube Company. No opinion. Application denied, with $10